**UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF TENNESSEE MEMPHIS DIVISION**

---

**REV. PEARCE EWING, On Behalf of Himself
and All Others Similarly Situated,**

    **Plaintiff,**                                                  Docket: **2:22-cv-02136-JTF-atc**

    **v.**

**NEWPORT GROUP, INC., SYMETRA
FINANCIAL CORPORATION, REV. DR.
JEROME V. HARRIS, AFRICAN
METHODIST EPISCOPAL CHURCH, AND
JOHN DOES 1-10,**

    **Defendants.**

---

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

---

Pursuant to Federal Rule of Civil Procedure 7.1, Newport Group, Inc. hereby certifies that it is a private company, and that no publicly-held corporation owns 10% or more of its stock.

Dated:  March 25, 2022.

                                                          Respectfully submitted,

                                                          s/Tannera George Gibson
                                                          Tannera George Gibson (TN #27779)
                                                          BURCH, PORTER & JOHNSON, PLLC
                                                          130 North Court Avenue
                                                          Memphis, TN 38103
                                                          Telephone: (901) 524-5152
                                                          Email:  tgibson@bpjlaw.com

                                                          James O. Fleckner
                                                          *pro hac vice motion forthcoming*
                                                          GOODWIN PROCTER LLP
                                                          100 Northern Avenue
                                                          Boston, MA 02210
                                                          Telephone: (617) 570-1000
                                                          Email: jfleckner@goodwinlaw.com

DeMario M. Carswell
*pro hac vice motion forthcoming*
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, D.C. 20036
Telephone: (202) 346-4000
Email: dcarswell@goodwinlaw.com

ATTORNEYS FOR DEFENDANT
NEWPORT GROUP, INC.

## CERTIFICATE OF SERVICE

    I, Tannera George Gibson, hereby certify that a copy of the foregoing Corporate Disclosure Statement, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on March 25, 2022.

/s/ Tannera George Gibson