IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

REV. PEARCE EWING, *On Behalf of Himself and All Others Similarly Situated,*

    Plaintiff,

NEWPORT GROUP, INC., SYMETRA
FINANCIAL CORPORATION, REV.
DR. JEROME V. HARRIS, AFRICAN
METHODIST EPISCOPAL CHURCH,
AND JOHN DOES 1-10,

    Defendants.

Case No. 2:22-cv-02136-JTF-atc

---

## MOTION TO WITHDRAW COUNSEL

---

Pursuant to Rule 83.5 of the Federal Rules of Civil Procedure, Robert L. Shannon, Jr. with Carlton Fields as counsel for Defendant Symetra Financial Corporation ("Symetra"), hereby requests to withdraw from representation of Symetra as his involvement in the case is no longer necessary and attorney Markham Leventhal also of Carlton Fields will remain the lead counsel in the case. Mr. Leventhal's address is:

    CARLTON FIELDS, P.A.
    1025 Thomas Jefferson Street, N.W.
    Suite 400 West
    Washington, D.C. 20007
    Telephone: (202) 965-8189
    Facsimile: (202) 965-8104
    Email: mleventhal@carltonfields.com
    *Attorney for Defendant*
    *Symetra Financial Corporation*

DATED: April 25, 2022    Respectfully submitted,

By: /s/ Robert L. Shannon Jr.
Robert L. Shannon Jr. (TN Bar #023110)
CARLTON FIELDS, P.A.
One Atlantic Center
1201 W. Peachtree St. NW, Ste. 3000
Atlanta, Georgia 30309-3455
Telephone: 404.815.2753
Email: RShannon@carltonfields.com

CERTIFICATE OF SERVICE

I hereby certify that on this day, April 25, 2022, a copy of the attached pleading was filed electronically. Notice of this filing will be served by operation of the Court's electronic filing system to all counsel of record.

/s/ Robert L. Shannon, Jr.