IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **IN RE: AME CHURCH EMPLOYEE RETIREMENT FUND LITIGATION** | MDL Docket No. 1:22-md-03035-STA-jay<br>ALL CASES<br><br>Honorable S. Thomas Anderson |

**SYMETRA LIFE INSURANCE COMPANY AND AMEC'S
JOINT STATUS UPDATE ON THE AAA ARBITRATION**

Pursuant to this Court's Order of December 11, 2023 (ECF No. 316), Symetra Life Insurance Company ("Symetra") and the African Methodist Episcopal Church ("AMEC") provide the following joint status report on the ongoing AAA arbitration between them.

Symetra and AMEC held an initial hearing with the arbitrator on November 29, 2023, after which the arbitrator set a schedule for written discovery and initial briefing on the issue of the scope of the arbitration. In accordance with that schedule, Symetra and AMEC served written discovery requests on each other on February 28, 2024, and responded to those requests on April 5, 2024. Between April and September 2024, the parties briefed multiple issues regarding the scope of the arbitration.

After considering the parties' briefs, the arbitrator ordered an evidentiary hearing on the scope of the arbitration. That hearing was held on October 21–23, 2024. A post-hearing oral argument was held on December 11, 2024. The parties are awaiting the arbitrator's decision on the scope of the arbitration.

Dated: January 28, 2025	Respectfully submitted,

*/s/ Benjamin Stoll*
Markham R. Leventhal
  mleventhal@carltonfields.com
Benjamin M. Stoll
  bstoll@carltonfields.com
Nathaniel G. Foell
  nfoell@carltonfields.com
CARLTON FIELDS, P.A.
1025 Thomas Jefferson St. NW #400W
Washington, DC 20007
Telephone: (202) 965-8189

*Attorneys for Defendant*
*Symetra Life Insurance Company*


*/s/ Bruce A. McMullen*
Bruce A. McMullen
  bmcmullen@bakerdonelson.com
Mary Wu Tullis
  mtullis@bakerdonelson.com
Jennie V. Silk
  jsilk@bakerdonelson.com
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Telephone: (901) 526-2000

*Attorneys for AMEC and AMEC Ministerial Retirement Annuity Plan*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of January, 2025, a true and correct copy of the foregoing document was sent to all counsel of record via the CM/ECF system.

	*/s/ Benjamin Stoll*