# EXHIBIT B

**Thursday, June 12, 2025 at 11:15:39 Eastern Daylight Time**

**Subject:** Re: Objection To Settlement Agreements in Case Number 1:22-md-03035-STA-jay In Re: AME Church Employee Retirement Fund Litigation
**Date:** Thursday, June 12, 2025 at 11:15:09 AM Eastern Daylight Time
**From:** Jeremy Williams
**To:** Rev James T Golden
**CC:** Greg Francis

Rev. Golden,

Thanks for providing these clarifications. I know I used the word "complicated" in my below email, but I intended it the same way I believe you just did, to refer to the complexity of the issues in the case, not some type of administrative complications. If there are any specific cases that you intend to rely on at the hearing as indicated by your reference to your research below, please let us know what those are so we can consider them.

I agree with you that you raised the rest of these issues with us during the call as well.

We look forward to meeting you in person on the 26th in Jackson, Tennessee and wish you safe travels.

Thanks,

**Jeremy Williams**
Main:  919-600-5000
Cell:  302-381-8321
www.milberg.com

---

**From:** Rev James T Golden <jamethegold@aol.com>
**Date:** Thursday, June 12, 2025 at 11:04 AM
**To:** Jeremy Williams <jwilliams@milberg.com>
**Cc:** Greg Francis <gfrancis@realtoughlawyers.com>
**Subject:** Re: Objection To Settlement Agreements in Case Number 1:22-md-03035-STA-jay In Re: AME Church Employee Retirement Fund Litigation

Attorney Williams:

    Thank you for your written summarization. However, I think that it is not a complete recapitulation of the conversation between Attorney Francis, yourself, and me, with regard to the following:

    1.  I stated to you both that the lack of "complexity of the issues" is the primary concern I have with the reasonableness of the fee, not the "complications" Class counsel has experienced in preparing this case for trial and/or setlement.. I am also concerned with the overall fairness of the result to the class participants who are not

named Plaintiffs, E.g., how are the named Plaintiffs, all of whom are Itinerant Elders in the AME Church, able to receive so-called "service awards" of $20,000 as Plaintiffs, and also, because they are Itinerant Elders, be a part of the settlement as Class participants? Moreover, my research has indicated that the key considerations for a contingency fee in a class action is not complexity of the issues but rather group size and total recovery, which I consider as fairness matters. I see nothing mentioned in any of the documents filed by Class counsel that refer to the class size nor is there any indication at this stage in the litigation as to what the total recovery might be.for the class participants.

      2.   I stated to you both that I am confused by the difference in the representations made by the parties relative to attorneys fees in Paragraphs 5.1 of your respective Settlement submissions.

      3.   I stated to you both that I am perplexed by the request for the maximum attorneys fees at this early stage of the proceedings when "the full focus of the case" could not possibly have been ascertained at this time since a majority of the Defendants have not yet even filed responsive pleadings in this matter.

If there is something that I have written here that you believe we did not discuss, please let me know. I do not wish to appear to be disingenuous. Thank you for the driving tips about Memphis and Nashville..

Sincerely,

Rev. James T. Golden, Esquire


On Tuesday, June 10, 2025 at 10:36:14 PM EDT, Jeremy Williams <jwilliams@milberg.com> wrote:

> Rev. Golden,
>
> Thank you for making time to speak with my colleague Greg Francis and I earlier today about the objection that we understand you emailed to Judge Anderson's chambers last week for filing. To summarize our conversation, we understand that your primary concern is that our request for attorneys' fees is too high because you don't think this litigation is that complicated. We understand that you've conducted some research and believe that given the complexity and other factors, a 20% fee would be more reasonable under the circumstances. You stated that you've reviewed other cases involving patents, employment discrimination, and personal injuries, and everything you've seen is more complex than uncovering the fraud in this case is. Your secondary concern is that the class representatives shouldn't be awarded incentive awards because you believe as iterant elders of the AME Church, they are essentially suing themselves by suing the Church and that they shouldn't have done that (and that you would not have done that yourself).
>
> If there's anything else you'd like to discuss, please let Greg and I know. Thanks again for explaining your positions to us, we look forward to meeting in person on the 26th. You also asked Greg and I which airport (Memphis or Nashville) would allow you to avoid driving through the city to get to Jackson, and while both airports are largely on the opposite side of

their respective city from Jackson, the Memphis airport probably allows you the easiest path around the city to Jackson as you can take interstate 240 to avoid downtown traffic at least.

Thanks,

**Jeremy Williams**

Main:  919-600-5000

Cell:  302-381-8321

www.milberg.com

---

**From:** Jeremy Williams <jwilliams@milberg.com>
**Date:** Saturday, June 7, 2025 at 5:41 PM
**To:** Rev James T Golden <jamethegold@aol.com>
**Subject:** Re: Objection To Settlement Agreements in Case Number 1:22-md-03035-STA-jay In Re: AME Church Employee Retirement Fund Litigation

Will do - I look forward to our call.

Thanks,

> Jeremy Williams
>
> Main:  919-600-5000
>
> Cell:  302-381-8321
>
> www.milberg.com
>
>
> On Jun 7, 2025, at 5:13 PM, Rev James T Golden <jamethegold@aol.com> wrote:
>
> Attorney Williams:

3 of 6

Please call 941-773-4031. Thank you.

Rev. Golden

On Saturday, June 7, 2025 at 04:58:20 PM EDT, Jeremy Williams <jwilliams@milberg.com> wrote:

Rev. Golden,

Tuesday at 10:00 works well. Should I call you at the number listed in your objection?

Jeremy Williams
Main:  919-600-5000
Cell:  302-381-8321
www.milberg.com

On Jun 7, 2025, at 3:36 PM, Rev James T Golden <jamethegold@aol.com> wrote:

 All:

   I am available on either day between 10-12. Please confirm a time certain that is convenient for you on either day. I look forward to our discussion.

Rev Golden

Sent from my iPhone

On Jun 7, 2025, at 11:32 AM, Jeremy Williams

<jwilliams@milberg.com> wrote:

Rev. Golden,

Do you have some time Monday or Tuesday to discuss the concerns you've raised in your objection? Please let me know a couple of times that work for you either day.

Thanks,

Jeremy Williams
Main: 919-600-5000
Cell: 302-381-8321
www.milberg.com

On Jun 7, 2025, at 9:14 AM, Matthew Lee <mlee@milberg.com> wrote:

Begin forwarded message:

**From:** Rev James T Golden <jamethegold@aol.com>
**Date:** June 6, 2025 at 11:59:09 PM EDT
**To:** Matthew Lee <mlee@milberg.com>, bmcmullen@bakerdonelson.com
**Subject: Objection To Settlement Agreements in Case Number 1:22-md-03035-STA-jay In Re: AME Church Employee Retirement Fund Litigation**

All:

Please accept the

attached as the objection filed with the Western District Court Clerk.

Rev. James T. Golden, Esquire

<Objection To Settlement Provisions.docx>