# EXHIBIT 1
# [Filed Under Seal]

# Expert Report of
# Lester Alexander III