# EXHIBIT A

## Exhibit A to Status Report for November 5 Status Conference
## Proposed Pretrial Schedule

| DATE | SUBJECT | EVENT |
|---|---|---|
| January 13, 2026 | Witnesses & Exhibits | Parties to serve proposed witness lists[1] |
| January 20, 2026 | Witnesses & Exhibits | Parties to serve proposed exhibit lists |
| January 27, 2026 | Witnesses & Exhibits | Parties to meet and confer regarding proposed exhibit and witness lists, and witness availability for trial |
| February 20, 2026 | Deposition Designations | Parties to exchange deposition testimony designations |
| February 27, 2026 | Pretrial Order | Plaintiffs to serve proposed pretrial order |
| February 27, 2026 | Jury | Parties to exchange jury instructions, verdict forms, proposed jury questionnaires, and lists of proposed motions in limine |
| March 6, 2026 | Jury | Parties to meet and confer on proposed jury instructions, verdict forms, and proposed jury questionnaires |

---

[1] For each witness, the Parties agree to identify whether they "will call" or "may call" the witness, and whether the witness will be called live at trial or will be presented by deposition testimony designation.

| | | |
|---|---|---|
| March 6, 2026 | Motions in Limine | Deadline to file motions in limine |
| March 6, 2026 | Deposition Designations | Deadline to serve any counter-deposition testimony designations and objections |
| March 20, 2026 | Motions in Limine | Deadline to file responses to motions in limine |
| March 20, 2026 | Trial Memoranda | Deadline to file trial memoranda |
| March 20, 2026 | Deposition Designations | Deadline to file deposition testimony designations with objections noted |
| March 20, 2026 | Jury | Deadline to submit proposed jury questionnaire |
| March 20, 2026 | Pretrial Order | Deadline to file joint proposed pretrial order |
| March 31, 2026 | Pretrial Conference | Final pretrial conference |
| April 13, 2026 | Trial | First day of trial |